**UNITED STATES, Appellee,**

v.

**Specialist Four James E. PERRY, Jr., 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, United States Army, Appellant.**

**ACMR 8601110.**

U.S. Army Court of Military Review.

9 April 1987.

---

For Appellant: Lieutenant Colonel Paul J. Luedtke, JAGC, Major Eric T. Franzen, JAGC, Captain Pamela G. Montgomery, JAGC (on brief).

For Appellee: Colonel Norman G. Cooper, JAGC, Lieutenant Colonel Gary F. Roberson, JAGC, Lieutenant Colonel Larry D. Williams, JAGC, Captain Tarek Sawi, JAGC (on brief).

Before PAULEY, De GIULIO and KENNETT, Appellate Military Judges.

## OPINION OF THE COURT

De GIULIO, Judge:

Appellant alleges and government agrees that the military judge erred in adjudging a sentence to forfeitures in excess of the statutory limits for a special court-martial. Appellant further alleges that the convening authority's action which approves a forfeiture of $625.00 pay per month for 75 days is contrary to Manual for Courts-Martial, United States, 1984, Rule for Courts-Martial 1003(b)(2) which requires that a sentence to forfeitures shall state the exact amount in whole dollars to be forfeited each *month*, and the number of *months* the forfeitures will last. We agree and will reassess the sentence.

The findings of guilty are affirmed. Reassessing the sentence based upon the error noted and the entire record, only so much of the sentence is affirmed as provides for a bad-conduct discharge, confinement for 75 days, forfeiture of $426.00 pay per month for two months and reduction to Private E-1.

Senior Judge PAULEY and Judge KENNETT concur.